**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| BOBBY BRIGGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 2:19-cv-02060-TLP-tmp |
| v. ) | |
| ) | |
| STATE OF TENNESSEE, ) | |
| ) | |
| Respondent. ) | |

**ORDER DIRECTING PETITIONER TO COMPLY WITH 28 U.S.C. § 1915(a)(2)
OR PAY THE $5.00 FILING FEE**

Petitioner Bobby Briggs[1] filed a pro se petition under 28 U.S.C. § 2254 and in forma pauperis application on January 23, 2019. (ECF No. 1.) However, Petitioner failed to either pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) or submit an application to proceed in forma pauperis, including a recent certification by the prison trust fund account officer or a current copy of the Petitioner's inmate trust fund account statement showing a complete balance for the last six months, as required by 28 U.S.C. § 1915(a)(2).

Accordingly, Petitioner is ORDERED to pay the $5.00 filing fee or submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement and recent certification by the prison trust fund account officer within thirty (30) days after the date of this order.[2]

---

[1] Petitioner, Tennessee Department of Correction prisoner number 312155, is incarcerated at the West Tennessee Detention Facility in Mason, Tennessee.
[2] In the interest of expediting this matter, Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed in forma pauperis will be denied.

Petitioner is notified that failure to comply with this order in a timely manner will result in dismissal of this action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this 31st day of January, 2019.

    s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE